UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN BELAUSTEGUI,

                Plaintiff,

    - against -

AMERICAN CITY BUSINESS
JOURNALS, INC.

                Defendant.

**ORDER**

19 Civ. 11727 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for May 7, 2020 is adjourned to **June 4, 2020 at 11:00 a.m.**  The Clerk of the Court is directed to terminate the motion (Dkt. No. 7).

Dated:  New York, New York
         April 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge