UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN BELAUSTEGUI,

                Plaintiff,

   - against -

AMERICAN CITY BUSINESS
JOURNALS, INC.

                Defendant.

**ORDER**

19 Civ. 11727 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the telephone conference currently scheduled for October 22, 2020 at 11:30 a.m. will now take place on **October 22, 2020 at 9:30 a.m.**

Dated: New York, New York
       October 20, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge